

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Numbers: 01-14-00124-CR; 01-14-00125-CR

Trial Court Cause
Numbers: 1388074; 1388075

Style: Evan Stuart Fairbanks **v** The State of Texas

Date motion filed*: Motion to Abate Appeals (August 13, 2014); Motion for Extension of Time to File Appellant's Brief (September 17, 2014)

Type of motion: Motion to Abate Appeals; Motion for Extension of Time to File Appellant's Brief

Party filing motion: Appellant

Document to be filed: Appellant's Brief

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

Original due date: July 16, 2014

Number of previous extensions granted: 2   Current Due Date: September 15, 2014

Date Requested: 30 days after denial of motion to abate appeals

Ordered that motion is:

☐ Granted

    If document is to be filed, document due: _____

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒  Other: Appellant's motion to abate these appeals is **denied**. Appellant's motion for an extension of time to file his brief is **granted**. Appellant's brief is due within **30 days of the date of this order**. No further extensions will be granted absent extraordinary circumstances.

Judge's signature: /s/ Michael Massengale
            ☒Acting individually

Date: September 25, 2014